```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
CARLOS ORTIZ,                                                :
                                                             :
                                    Petitioner,              :    ORDER REGULATING
              v.                                             :    PROCEEDINGS
                                                             :
UNITED STATES OF AMERICA,                                    :    16 Cr. 233 (AKH)
                                                             :
                                    Respondent.              :
------------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

Having granted Petitioner Carlos Ortiz's habeas petition, *see* ECF Nos. 103, 106, and having ordered a supplemental presentence investigation report ("PSR") to be prepared, and the government having stated its position in its letter dated March 24, 2020, *see* ECF No. 107, the Court will await issuance of the supplemental PSR before taking further action.

SO ORDERED.

Dated:  March 24, 2020              _____/s/_____
        New York, New York                 ALVIN K. HELLERSTEIN
                                           United States District Judge